UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
PATRICK FAGAN

      Plaintiff,

v.                                                    RULE 7.1 STATEMENT

NCO FINANCIAL SYSTEMS, INC
ASSOCIATES NATIONAL BANK
MBNA BANK

      Defendant.
-------------------------------------x

**JUDGE ROBINSON**

**08 CIV. 6208**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to
evaluate possible disqualification or recusal, the undersigned counsel for PATRICK
FAGAN (a private non-governmental party) certifies that the following are corporate
parents, affiliates and/or subsidiaries of said party, which are publicly held:
N/A

DATED: July 4, 2008
Spring Valley, NY

                                      /s/
                          Shmuel Klein (SK 7212) Fed Court Only
                          Law Office of Shmuel Klein, PC
                          Attorneys for Plaintiff
                          268 Route 59 West
                          Spring Valley, New York 10977
                          (845) 425-2510