UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
PATRICK FAGAN,

|  | **NOTICE OF** |
| Plaintiffs, | **APPEARANCE** |

-against-                                          Case No: 7:08-cv-06208-SCR

NCO FINANCIAL SYSTEMS, INC., ASSOCIATES
NATIONAL BANK, MBNA BANK,

                                    Defendants.
--------------------------------------------------------------------------X

　　　　**PLEASE TAKE NOTICE**, that the defendant, NCO FINANCIAL SYSTEMS, INC.,

appears in this action and we have been retained as attorneys herein and demand that a copy of

the complaint and all notices and other papers in this action be served on the undersigned at the

address stated below.

Dated: Kings, New York
　　　　August 21, 2008


　　　　　　　　　　Yours etc.,

　　　　　　　　　　THE LAW OFFICES OF EDWARD GARFINKEL

　　　　　　　　　　NCO FINANCIAL SYSTEMS, INC. a/k/a NCO
　　　　　　　　　　PORTFOLIO MANAGEMENT

　　　　　　　　　　By: _____
　　　　　　　　　　　　Kevin Barry McHugh (KBM5924)
　　　　　　　　　　12 Metrotech Center, 28th Floor
　　　　　　　　　　Brooklyn, New York  11207
　　　　　　　　　　(718) 250-1100

TO:

Shmuel Klein, Esq.
Law Offices of Shmuel Klein, P. C.
268 Route 59 W
Spring Valley, New York  10977

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
PATRICK FAGAN,

                                    Plaintiffs,

              -against-                                    Case No: 7:08-cv-06208-SCR

NCO FINANCIAL SYSTEMS, INC., ASSOCIATES
NATIONAL BANK, MBNA BANK,

                                    Defendants.
-------------------------------------------------------------------------X

### CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008 the foregoing document was filed with the Clerk

of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the

Southern District's Local Rules, and/or the Southern District's Rule on Electronic Service upon

the following parties and participants:

Shmuel Klein, Esq.
Law Offices of Shmuel Klein, P. C.
268 Route 59
W Spring Valley, New York  10977


Dated: Kings, New York
       August 21, 2008

                                    _____
                                    Kevin Barry McHugh (KM5924)